# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Sandoval,<br><br>Plaintiff,<br><br>vs.<br><br>Purple Passion Home Care, LLC, an Arizona Limited Liability Company, Yvonne Hooker and Kenneth Hooker, husband and wife,<br><br>Defendants. | Case No.: CV 16-02692-PHX-JAT<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

Having considered the parties' Stipulation for Dismissal with Prejudice (Doc. 25), and for good cause appearing,

**IT IS ORDERED**, that the above-entitled action is hereby dismissed with prejudice.

Dated this 19th day of May, 2017.

_____
James A. Teilborg
Senior United States District Judge